UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

MAY 2 0 2026

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>V. )<br><br>LAMAR T. BROWNING, )<br><br>Defendant. ) | CAUSE NO. 1:25-cr-00054-JRS-TAB<br><br>-11 |

PENALTY SHEET

You have been charged in a Superseding Indictment with a violation of the Laws of the United States of America.   The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 13 | 21 U.S.C. § 846<br>Conspiracy to Distribute Controlled Substances | 10-Life | NMT $10M | NLT 5 Years |

Dated: _____

_____
LAMAR T. BROWNING
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that the defendant signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana